MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN, SBN 226126
PHILIP J. SMITH, SBN 232462
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
E-mail: email

Attorneys for Defendant
PHILIP KANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 4/19/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP KANG, aka haul, aka 55, aka 22,<br><br>Defendant. | Case No. CR 05-00795-RMW<br><br>**ORDER CONTINUING TRIAL**<br>**SENTENCING**<br>Judge: Hon. Ronald M. Whyte |

This matter having come before the Court on the joint application of Kevin V. Ryan, United States Attorney for the Northern District of California (Mark L. Krotosky, Assistant U.S. Attorney appearing), and Defendant Philip Kang (L. Julius M. Turman, Esq. appearing) for an order continuing the sentencing in the above-captioned matter from May 8, 2006 to June 12, 2006; and Defendant having requested an extension of time to complete his semester studies and final examinations at the William Paterson University, Wayne, New Jersey; and the United States Probation Office (Benjamin Flores, U.S. Probation Officer) having consented to the extension as it will provide additional time to complete the pre-sentencing report; and FOR GOOD AND SUFFICIENT CAUSE,

IT IS THE FINDING OF THIS COURT that the sentencing in this action should be continued to and including June 12, 2005 for the following reasons:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

ORDER CONTINUING TRIAL
CASE #CR 05-00795-RMW

1

1.     A continuance will allow Defendant Kang to complete his semester studies and examinations;

2.     The parties have consented to the form of order and the continuance;

3.     The United States Probation Office may use the additional time to complete the pre-sentencing report.

WHEREFORE, it is on this __19__ day of April 2006 ORDERED that the sentencing in the above-captioned matter is continued to June 12, 2006.

                                       /S/ RONALD M. WHYTE
                                       Honorable Ronald M. Whyte
                                       United States District Court Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

2

ORDER CONTINUING TRIAL
CASE #CR 05-00795-RMW