MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN, SBN 226126
PHILIP J. SMITH, SBN 232462
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
E-mail: email

Attorneys for Defendant
PHILIP KANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/15/06*

| UNITED STATES OF AMERICA, | Case No. CR 05-00795-RMW |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING** |
| vs. | Judge: Hon. Ronald M. Whyte |
| PHILIP KANG, aka haul, aka 55, aka 22, | |
| Defendant. | |

This matter having come before the Court on the joint application of Kevin V. Ryan, United States Attorney for the Northern District of California (Mark L. Krotosky, Assistant U.S. Attorney appearing), and Defendant Philip Kang (L. Julius M. Turman, Esq. appearing) for an order continuing the sentencing in the above-captioned matter from June 12, 2006 until July 24, 2006; and the United States Probation Office (Benjamin Flores, U.S. Probation Officer) requested an extension as it will provide additional time to complete the pre-sentencing report; and FOR GOOD AND SUFFICIENT CAUSE,

IT IS THE FINDING OF THIS COURT that the sentencing in this action should be continued to and including July 24, 2005 for the following reasons:

1.  The parties have consented to the form of order and the continuance;

2.  The United States Probation Office may use the additional time to complete the

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

1

ORDER CONTINUING SENTENCING
CASE #CR 05-00795-RMW

pre-sentencing report.

WHEREFORE, it is on this _15_ day of June 2006 ORDERED that the sentencing in the above-captioned matter is continued to July 24, 2006.

/s/ Ronald M. Whyte
_____
Honorable Ronald M. Whyte
United States District Court Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

2

ORDER CONTINUING SENTENCING
CASE #CR 05-00795-RMW