1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | 150 Almaden Avenue, Suite 900
San Jose, California 95113
5 | Telephone: (408) 535-5035
FAX:       (408) 535-5081
6 | E-Mail:    Mark. Krotoski@usdoj.gov

7 | Attorneys for Plaintiff

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION          *E-FILED - 9/21/06*

11

12

13 | UNITED STATES OF AMERICA,       )        No. CR 05-00795-RMW
                                   )
           Plaintiff,              )
14                                 )        STIPULATION REQUESTING
       v.                          )        CONTINUANCE OF SENTENCING
15                                 )        HEARING AND ORDER
   PHILIP KANG,                    )
16      aka haul, aka 55, aka 22,  )
                                   )
17         Defendant.              )
                                   )

18

19    It is hereby stipulated and agreed between defendant Philip Kang, by and through his counsel

20 of record, Robert Mintz, L. Julius M. Turman, Esq., and Geoffrey N. Rosamond, Esq., and the

21 United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

22    1.  This matter is presently set for a sentencing hearing on September 25, 2006 at 9:00 a.m.

23    2.  The parties need further time to discuss sentencing issues in this case, and the terms of

24 the plea agreement continue to apply.

25    For the foregoing reasons, and that the ends of justice are served by continuing this case, the

26 parties stipulate and request to a continuance of the sentencing hearing from September 25, 2006

27 at 9:00 a.m. to October 30, 2006 at 9:00 a.m., or the next available date.

28 | // // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00795-RMW

1     IT IS SO STIPULATED.

2   Dated: September 19, 2006                  KEVIN V. RYAN
                                                       United States Attorney

4                                                        /s/

5                                                        MARK L. KROTOSKI
                                                       Assistant United States Attorney

6 Dated: September 19, 2006

7                                                        /s/

8                                                        L. JULIUS M. TURMAN
                                                       ROBERT MINTZ
9                                                        GEOFFREY N. ROSAMOND
                                                       Attorneys for Defendant

11     IT IS SO ORDERED.

12     Upon good cause shown, the sentencing hearing is continued from September 25, 2006 at

13 9:00 a.m. to October 30, 2006 at 9:00 a.m.

14 Dated: September 21, 2006

15                                                      /S/ RONALD M. WHYTE

16                                                     RONALD M. WHYTE
                                                    United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | L. Julius M. Turman, Esq.<br>Morgan Lewis & Bockius, LLP<br>(415) 442-1001 |
| 4 | |
| 5 | Robert Mintz, Esq. |
| 6 | Geoffrey N. Rosamond, Esq.<br>McCarter English |
| 7 | 100 Mulberry Street<br>Four Gateway Center |
| 8 | Newark, NJ 07102<br>FAX (973) 624-7070 |
| 9 | Mark L. Krotoski |
| 10 | AUSA<br>150 Almaden Boulevard, Suite 900 |
| 11 | San Jose, CA 95113 |
| 12 | Ben Flores<br>U.S. Probation Officer |
| 13 | 280 South First Street<br>San Jose, CA 95113 |
| 14 | |
| ... | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00795-RMW                    Page 3 of 3