UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/9/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 05-00795 RMW |
| ) Plaintiff, ) | |
| ) | **[] FINAL ORDER OF FORFEITURE** |
| v. ) | |
| ) | |
| PHILIP KANG, ) | |
| aka haul, aka 55, aka 22, ) | |
| ) | |
| Defendant. ) | |

On April 20, 2006, the Court entered an Amended Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in:

    A.  CPU with two CD drives and one floppy drive

    B.  Dell Dimension XPS T550 CPU, serial number 219A4

    C.  Dell monitor, serial number DS/N MX-08376T-47741-045-2058

    D.  IBM Thinkpad, serial number 78-9DPVV

    E.  Five hundred eighty (580) CDs

    F.  Twenty three (23) CD/DVDs

    F.  Six CDs labeled Godfather et al

    G.  Four hundred seven (407) diskettes

    H.  Western Digital hard drive, serial number WT3020853777

    I.  Quantum hard drive, serial number CT:207A45A2QG6135

    J.  Quantum hard drive, serial number 186007457215

      K.  IBM hard drive, serial number JWA03549

      L.  Western Digital hard drive, serial number WMAEH2255902

      M.  Dell mouse, serial number LZF34717515

      N.  Logitech mouse, serial number LNA51101092

      O.  Intel web cam, serial number 0010466797

      P.  San Disk Cruzer Titanium 512MB drive

      Q.  Microsoft wireless notebook optical mouse/receiver

      R.  Dell keyboard, model number AT101W

      S.  Dell keyboard, serial number 3717101T4809

      T.  Motorola cable modem, serial number 117803427403523601010000

      U.  Two power cords

      V.  Cable descrambler plans

      W.  Sony personal organizer and power cord, serial number 28932830-3100489

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 17, United States Code, Sections 506(b) and 509(a). All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this   9   day of   November  , 2006.

                   /s/ Ronald M. Whyte
                   RONALD M. WHYTE
                   United States District Judge